UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUCINDA A. JOHNSON,

                      Plaintiff,

   -v-                                5:19-CV-852
                                      (DNH/ATB)

EMPOWER FCU,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

LUCINDA A. JOHNSON
Plaintiff pro se
211 Kensington Place
Syracuse, NY 13210

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Lucinda A. Johnson brought this civil rights action pursuant to 42 U.S.C. § 1983. On July 24, 2019, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed in its entirety without prejudice for lack of subject matter jurisdiction. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE and without leave to amend; and

2. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 19, 2019
       Utica, New York.